Signed and Filed: October 24, 2014

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 14-31532 HLB |
| KINGSWAY CAPITAL PARTNERS, LLC, | Chapter 11 |
| Debtor. | |

**ORDER TO SHOW CAUSE RE: LACK OF COUNSEL**

On October 23, 2014, Debtor Kingsway Capital Partners, LLC filed a voluntary Chapter 11 petition. The petition does not indicate that the Debtor is represented by counsel. Pursuant to B.L.R. 9010-1(b), an entity that is not a natural person may not appear as a debtor-in-possession in a Chapter 11 case except through counsel.

Accordingly, the Court hereby **ORDERS** as follows:

1. The Court shall hold a show cause hearing on **November 20, 2014 at 10:00 a.m**.
2. On or before November 19, 2014, Debtor shall obtain counsel, who shall promptly file a notice and appearance of counsel.
3. If Debtor complies with Paragraph 2, the Court may vacate the show cause hearing.

**\*\*END OF ORDER\*\***

## Court Service List

**Kingsway Capital Partners, LLC**
2148 University Ave.
East Palo Alto, CA 94303