UNITED STATES BANKRUPTCY COURT
Northern District of California

**FILED OCT 29 2014**
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

In re: KINGSWAY CAPITAL PARTNERS, LLC

Debtor(s)

Bankruptcy No.: 14-31532 HLB 11
R.S. No.: ___
Hearing Date: 11/17/2014
Time: 2:00 pm

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 10/23/2014   Chapter: 11
    Prior hearings on this obligation: ___   Last Day to File §523/§727 Complaints: ___

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

    Secured Creditor [ ] or lessor [ ]
    Fair market value: $___   Source of value: ___
    Contract Balance: $___   Pre-Petition Default: $___
    Monthly Payment: $___   No. of months: ___
    Insurance Advance: $___   Post-Petition Default: $___
    No. of months: ___

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): 2148 University Avenue, East Palo Alto, California 94303

    Fair market value: $___   Source of value: ___   If appraisal, date: ___

    Moving Party's position (first trust deed, second, abstract, etc.):

    Approx. Bal. $___   Pre-Petition Default: $___
    As of (date): ___   No. of months: ___
    Mo. payment: $___   Post-Petition Default: $___
    Notice of Default (date): ___   No. of months: ___
    Notice of Trustee's Sale: ___   Advances Senior Liens: $___

    Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

    | Position | Amount | Mo. Payment | Defaults |
    |---|---|---|---|
    | 1st Trust Deed: ___ | $___ | $___ | $___ |
    | 2nd Trust Deed: ___ | $___ | $___ | $___ |
    | ___: | | | |
    | ___: | | | |
    | ___: | | | |
    | (Total) | $___ | $___ | $___ |

(D) Other pertinent information: Movant is the property owner of the real property identified in Section C, above. Debtor is a tenant in default under a commercial lease and a defendant in an unlawful detainer action pending in San Mateo County Superior Court, which has now been stayed for a second time. (San Mateo County Superior Court Case No. CLJ209779.)

Dated: 10/28/2014

_____
Signature
Slavik S. Leydiker
Print or Type Name

Attorney for Maria Sosa, Movant