UNITED STATES BANKRUPTCY COURT
Northern District of California

**FILED NOV 13 2014 UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA**

In re: KINGSWAY CAPITAL PARTNERS, LLC

Debtor(s)

Bankruptcy No.: 14-31532 HLB 11
R.S. No.:
Hearing Date: December 8, 2014
Time: 2:00 pm

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 10/23/2014     Chapter: 11
    Prior hearings on this obligation: _____     Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value:      $_____        Source of value: _____
   Contract Balance:       $_____        Pre-Petition Default:   $_____
   Monthly Payment:        $_____        No. of months: _____
   Insurance Advance:      $_____        Post-Petition Default:  $_____
                                           No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): 2148 University Avenue, East Palo Alto, California 94303

   Fair market value: $_____     Source of value: _____     If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.): _____

   Approx. Bal.            $_____        Pre-Petition Default:   $_____
   As of (date): _____                   No. of months: _____
   Mo. payment:            $_____        Post-Petition Default:  $_____
   Notice of Default (date): _____       No. of months: _____
   Notice of Trustee's Sale: _____       Advances Senior Liens:  $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   | Position | Amount | Mo. Payment | Defaults |
   |---|---|---|---|
   | 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
   | 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
   | _____ : | | | |
   | _____ : | | | |
   | _____ : | | | |
   | (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: Movant is the property owner of the real property identified in Section C, above. Debtor is a tenant in default under a commercial lease and a defendant in an unlawful detainer action pending in San Mateo County Superior Court, which has now been stayed for a second time. (San Mateo County Superior Court Case No. CLJ209779.)

Dated: November 18, 2014

/s/ _____
Signature
Slavik S. Leydiker
Print or Type Name

Attorney for Maria Sosa, Movant