Signed and Filed: November 19, 2014

*[Signature]*

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 14-31532 HLB |
| KINGSWAY CAPITAL PARTNERS, LLC, | Chapter 11 |
| Debtor. | |

### ORDER DENYING MOTION FOR RELIEF FROM STAY

On November 17, 2014, the Court held a hearing on creditor Maria Sosa's Motion for Relief from Stay (the "Motion"). Ms. Sosa failed to submit evidence of the governing lease, evidence of nonpayment of rent, evidence of the revocation of Debtor's corporate status, and evidence of a lack of adequate protection of her interest in the subject property.

Based upon Ms. Sosa's failure to provide evidence in support of her Motion, the Motion is hereby **DENIED** without prejudice.

**\*\*END OF ORDER\*\***

## Court Service List

**Kingsway Capital Partners, LLC**
2148 University Ave.
East Palo Alto, CA 94303

**Slavik S. Leydiker**
1771 Woodside Road
Redwood City, CA 94061