



https://mail.google.com/mail/u/0/?ui=2&ik=5dccb8... =pt&search=inbox&th=14596408d 77d827&siml=14596408 4b77d827





Case: 14-31532  Doc# 43-1  Filed: 12/05/14  Entered: 12/08/14 09:41:52  Page 2 of 14
Gmail - Photos from Water Damage iTechCenters II
4/24/2014



Case: 14-31532    Doc# 43-1    Filed: 12/05/14    Entered: 12/08/14 09:41:52    Page 3 of 14





# Exhibit #B

# STATE OF DELAWARE
## L.L.C. TAX NOTICE

| DO NOT ALTER FILE NUMBER FILE NUMBER | NAME | | | | | TAX YEAR | PHONE NUMBER |
|---|---|---|---|---|---|---|---|
| 4729237 | KINGSWAY CAPITAL PARTNERS LLC | | | | | 2013 | SDOCDMS |
| TAX | PENALTY | INTEREST | FILING FEE | CHECK CHARGE | | PREV. BAL. OR CR. | TOTAL BAL. DUE |
| 250.00 | 200.00 | .00 | .00 | .00 | | 1,143.00 | 1,593.00 |
| AMT. DUE IF RECD. BY 1,593.00 | 11-01-2014 | AMT. DUE IF RECD. BY 1,613.25 | 12-01-2014 | AMT. DUE IF RECD. BY 1,633.50 | 01-01-2015 | AMT. DUE IF RECD. BY 1,653.75 | 02-01-2015 |

**MAKE CHECK PAYABLE TO: DELAWARE SECRETARY OF STATE**

9325335
BUSINESS FILINGS INCORPORATED
108 WEST 13TH ST
WILMINGTON    DE    19801

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|

PLEASE REMIT INVOICE WITH PAYMENT

7    060114    4729237    000159300  0    1

↑ SEND IN TOP PORTION WITH PAYMENT    ↑ TEAR AT PERFORATION    ↑

INTEREST ACCRUES AT THE RATE OF 1.5% PER MONTH UNTIL FULLY PAID.

RECEIPT OF THIS DUPLICATE BILLING MAY INDICATE YOUR REGISTERED AGENT MAY HAVE THE WRONG ADDRESS ON FILE. CONTACT YOUR REGISTERED AGENT TO VERIFY YOUR ADDRESS!

RETURN **ORIGINAL** INVOICE AND **PAYMENT** TO: STATE OF DELAWARE DIVISION OF CORPORATIONS, P.O. BOX 5509, BINGHAMTON, NY 13902-5509. OVERNIGHT COURIER DELIVERIES MAY BE MADE TO: JPMORGAN CHASE, 33 LEWIS ROAD, BINGHAMTON, NY 13905 ATTN: STATE OF DELAWARE-DIVISION OF CORPORATIONS-5509

**MAKE CHECKS PAYABLE TO: DELAWARE SECRETARY OF STATE**

# FAX TRANSMISSION

DATE: 10/29/14

TO: Nathaniel Sobayo

Fax #: 650/228-2492

Phone #: 323-1849

FROM: Dot Savage, Corporation Specialist
DIVISION OF CORPORATIONS
JOHN G. TOWNSEND BUILDING
401 FEDERAL STREET, SUITE 4
DOVER, DE 19901

(302) 857-3436

Fax (302) 739-5831

Email: dot.savage@state.de.us

PAGES: 2 including this page

RE: 4729237

MESSAGE: Taxes to review

Visit us Online at: www.corp.delaware.gov

Pay your taxes Online at: www.corp.delaware.gov

WE ACCEPT VISA, MASTERCARD, DISCOVER AND AMERICAN EXPRESS

Exhibits #: C

Exhibit #AAA-(i)

Recording Requested By, &
Maria G. Sosa
475 Bell Street
East Palo Alto, CA 94303
MAIL TAX STATEMENT TO:
Maria G. Sosa
475 Bell Street
East Palo Alto, CA 94303

APN: 063-321-091 & 063-321-092

2008-106994
09:18am 09/24/08 DE Fee: 12.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*20080106994AR*

## GRANT DEED TO LIVING TRUST

The undersigned grantors declare: Documentary Transfer Tax is $-0-. The realty is not sold; transferred to a revocable living trust. Exempt per R&T §62(d)

DAN BEATTY, Attorney at Law

FOR NO CONSIDERATION, receipt of which is hereby acknowledged, Maria Sosa aka Maria G. Sosa, an unmarried woman, hereby GRANTS to Maria G. Sosa, Trustee of the Maria G. Sosa Trust, Dated: September 18, 2008, the following real property in the City of East Palo Alto, County of San Mateo, State of California, described as:

See Exhibit "A" for property description

Dated: 9-18-08

_____
MARIA G. SOSA

STATE OF CALIFORNIA         )SS.
COUNTY OF SAN MATEO

On 9/18/2008, before me, Steven Paul Mortiboys a Notary Public, in and for said State, personally appeared Maria G. Sosa, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by signature on the instrument the person, or the entity on behalf of which the persons acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

STEVEN PAUL MORTIBOYS
COMM. # 1555159
NOTARY PUBLIC-CALIFORNIA
SAN MATEO COUNTY
COMM. EXP. FEB. 26, 2009

MAIL TAX STATEMENTS AS DIRECTED ABOVE

EXHIBIT "A"
Property Description

EXHIBIT #AAA(11)

All that certain real property situate in the City of East Palo Alto, County of San Mateo, State of California, described as follows:

Portion of Lots 6 and 7 and of an abandoned alley in Block 14, as designated on the Map entitled, "Map of Woodland Place, Subdivision No. 1 of Ravenswood, San Mateo County, California", filed in the office of the Recorder of the County of San Mateo, State of California on August 1, 1910, in Book 7 of Maps at Page 24, more particularly described as follows:

Beginning at a point on the Easterly line of University Avenue, distant thereon North 3° 00' East 460.00 feet from the Northerly line of Donohoe Street; Thence from said point of beginning along said line of University Avenue, North 3°00' East 75.00 feet to the Southwest corner of lands conveyed to Galen C. Gilbrech and wife, by Deed recorded May 14, 1945 in Book 1169, at Page 487, Official Records; thence along the Southerly boundary of land so conveyed, South 87° 00' East 150 feet; thence South 3° 00' West 75.00 feet; thence North 87° 00' West 150 feet to the point of beginning.



Exhibit # C

## CURRENT INFORMATION

### Summary of Property Details

- APN: 063321410
- Owner 1: Sosa Maria G Tr
- Owner 2: Sosa Maria G Trust
- Care Of:
- Owner Address: 475 Bell St, East Palo Alto CA 94303-
- Situs Address: 2148 University Ave, East Palo Alto
- Legal Description: 11250 SQ FT MOL PTNS OF LOTS 6,7 BLK 14 WOODLAND PLACE SUB 1 RSM 7/24 & PTN ALLEY ABAND.
- District: 5
- Neighborhood: 002

### Property Use Details

- STORE (11)
- Land Area (sq. ft.): 11250
- Year Built: 1961
- Gross Bldg Area (sq. ft.): 6000

Secured Assessment Roll: 2014-1

### Assessee Details

- Owner 1: SOSA MARIA G TR
- Owner 2: SOSA MARIA G TRUST
- Care Of:
- Owner Address: 475 BELL ST, EAST PALO ALTO, CA 94303
- Document Number: 2008106994

### Assessment Values

- Land: $185,389
- Temp Land:
- Root:
- Min/Mineral:
- Improvements (Structure): $289,981
- Temp Improvements (Structure):
- Fixtures:
- Total Gross: $475,370
- Total Temp:
- Exemption - Home Owner:
- Exemption - Other:
- Net Assessed: $475,370

### Assessment Details

- Assessment Type: Annual
- Temp Code:
- Notice Date:
- Change #:
- TRA: 021054
- PUC: 11
- PUC Description: Store

### Current Jurisdictions

- Supervisorial: 4
- Congressional: 14
- Assembly: 24
- Senatorial: 13
- Election Precinct: 4003
- City Name: EAST PALO ALTO
- Zip Code: 94303
- Mitigation Fee Area: None Assigned

### Current Tax Rate Area #021054

| | | |
|---|---|---|
| GENERAL TAX RATE | GENERAL COUNTY TAX | COUNTY DEBT SERVICES |
| FREE LIBRARY | EPA GATEWAY -101- REDEVELOPMENT | CITY OF EAST PALO ALTO |
| RAVENSWOOD ELEM GENRL PURPOSE | RAVENSWOOD EL BD SER 96 A | RAVENSWOOD ELM BOND SER 96 B |
| RAVENSWOOD ELM BD 2000 SER A | RAVENSWOOD ELM BD 2000 SER B | RAVESNWOOD EL BOND SER 2000C |
| RAVENSWOOD EL BND 2000 D | RAVENSWOOD EL RFND SER | SEQUOIA HIGH GENRL PURPOSE |
| SEQUOIA HIGH BOND SER 97 A | SEQUOIA HIGH BOND SER 1998 | SEQUOIA HIGH BOND SER 1999 |
| SEQUOIA HIGH BD SER 02 A | SEQUOIA HI BOND SER 02 B | SEQUOIA HI REFUND SER 03 A |
| SEQUOIA UNION HI. BND SER 2005 | SEQUOIA HIGH 2005 RFND BND ISSUE 1 | SEQUOIA HI 2005 RFND BND ISSUE 2 |
| SEQUOIA HI BOND 2005 SER B | SEQUOIA HI RFND SER 2007 | SEQUOIA UNION HI BOND 2008 SER A |
| SEQUOIA UNION HI BOND 2008 SER B | SEQUOIA UNION HI BOND 2008 SER C | SEQUOIA UNION HI 2011 GO REFUNDING |
| SEQUOIA UNION HI BOND 2008 SER C SINKING | SM JR COLLEGE GEN PUR | SM JR COLLEGE BD 2002 |
| SM JR COLL BOND SER 2005 B | SM JR COLL BOND 2001 SER C | SM JR COLL BOND 2006 SER A |
| SAN MATEO COMM COLL 2005 SER B | SM JR COLL BOND REF 2012 | MENLO PARK FIRE DISTRICT |
| EAST PALO ALTO SANITARY DISTRICT | EPA DRAINAGE MAINTENANCE DISTRICT | RAVENSWOOD LIGHTING |
| MIDPENINSULA REG. OPEN SPACE | BAY AREA AIR QUALITY MANAGEMENT | COUNTY HARBOR DISTRICT |
| SMC MOSQUITO & VECTOR CONTROL DISTRICT | COUNTY EDUCATION TAX | |

## CURRENT INFORMATION

EXHIBIT C

Sales History
Tax Collectors Website
Print Page

### Summary of Property Details

| | |
|---|---|
| APN: | 063321410 |
| Owner 1: | Sosa Maria G Tr |
| Owner 2: | Sosa Maria G Trust |
| Care Of: | |
| Owner Address: | 475 Bell St |
| | East Palo Alto CA |
| | 94303- |
| Situs Address: | 2148 University Ave |
| | East Palo Alto |
| Legal Description: | 11250 SQ FT MOL PTNS OF LOTS 6,7 BLK 1 WOODLAND PLACE SUB 1 RSM 7/24 & PTN ABAND. |
| District: | 5 |
| Neighborhood: | 002 |

## Secured Assessment Roll: 2014-1

### Assessee Details

| | |
|---|---|
| Owner 1: | SOSA MARIA G TR |
| Owner 2: | SOSA MARIA G TRUST |
| Care Of: | |
| Owner Address: | 475 BELL ST<br>EAST PALO ALTO, CA 94303 |
| Document Number: | 2008106994 |

### Assessment Values

| | |
|---|---|
| Land: | $185,389 |
| Temp Land: | |
| Root: | |
| Min/Mineral: | |
| Improvements (Structure): | $289,981 |
| Temp Improvements (Structure): | |
| Fixtures: | |
| Total Gross: | $475,370 |
| Total Temp: | |
| Exemption - Home Owner: | |
| Exemption - Other: | |
| Net Assessed: | $475,370 |

### Current Jurisdictions

| | |
|---|---|
| Supervisorial: | 4 |
| Congressional: | 14 |
| Assembly: | 24 |
| Senatorial: | 13 |
| Election Precinct: | 4015 |

### Current Tax Rate Area

| | |
|---|---|
| GENERAL TAX RATE | GENERAL COUNTY TAX |
| FREE LIBRARY | EPA GATEWAY -101- REDEVELOPMENT |
| RAVENSWOOD ELEM GENRL PURPOSE | RAVENSWOOD EL BD SER 96 |
| RAVENSWOOD ELM BD 2000 SER A | RAVENSWOOD ELM BD 2000 |
| RAVENSWOOD EL BND 2000 D | RAVENSWOOD EL RFND SER |
| SEQUOIA HIGH BOND SER 97 A | SEQUOIA HIGH BOND SER 19 |
| SEQUOIA HIGH BD SER 02 A | SEQUOIA HI BOND SER 02 B |
| SEQUOIA UNION HI. BND SER 2005 | SEQUOIA HIGH 2005 RFND B ISSUE 1 |
| SEQUOIA HI BOND 2005 SER B | SEQUOIA HI RFND SER 2007 |
| SEQUOIA UNION HI BOND 2008 SER B | SEQUOIA UNION HI BOND 20 SER C |

| | | |
|---|---|---|
| **City Name:** EAST PALO ALTO | SEQUOIA UNION HI BOND 2008 SER C SINKING | SM JR COLLEGE GEN PUR |
| **Zip Code:** 94303 | SM JR COLL BOND SER 2005 B | SM JR COLL BOND 2001 SER |
| **Mitigation Fee Area:** None Assigned | SAN MATEO COMM COLL 2005 SER B | SM JR COLL BOND REF 2012 |
| | EAST PALO ALTO SANITARY DISTRICT | EPA DRAINAGE MAINTENANC DISTRICT |
| | MIDPENINSULA REG. OPEN SPACE | BAY AREA AIR QUALITY MANAGEMENT |
| | SMC MOSQUITO & VECTOR CONTROL DISTRICT | COUNTY EDUCATION TAX |

EXHIBIT #C