Signed and Filed: December 8, 2014

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 14-31532 HLB |
| | ) |
| KINGSWAY CAPITAL PARTNERS, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

**ORDER CONTINUING HEARING ON MOTION FOR RELIEF FROM STAY AND SETTING DEADLINES FOR FURTHER BRIEFING**

On December 8, 2014, the Court held a hearing on Movant Maria Sosa's Motion for Relief from Stay (the "Motion"). Steve Leydiker appeared for Movant; Alex Naegele appeared for Debtor.

Upon due consideration, and for the reasons stated on the record, the Court hereby **ORDERS** as follows:

1. A continued hearing shall be held on **February 19, 2015 at 2:00 p.m.**

2. Prior to the hearing, the parties shall file and serve briefs addressing whether the lease has terminated by operation of law as follows:

    **a.** Movant shall file and serve her brief **on or before January 16, 2015.**

    b. Debtor shall file and serve its brief **on or before February 13, 2015.**

c.   Each brief shall be no more than 15 pages, not
                 including supporting declarations and/or
                 exhibits.
    3.   Debtor shall make a rent payment of $1,750.00 to
         Movant **on or before December 31, 2014**.
    4.   Debtor shall make all subsequent rental payments on
         time and in full pending a ruling on the Motion.
    5.   Should Debtor fail to make rental payments consistent
         with this order, the Motion will be granted without
         further notice or hearing upon the filing and service
         of a competent declaration by Movant.
    6.   Payment and acceptance of rent in accordance with the
         terms of this order shall be without prejudice to the
         parties' arguments concerning termination of the
         lease.

                          **END OF ORDER**

## Court Service List

Slavik S. Leydiker
1771 Woodside Road
Redwood City, CA 94061

Kingsway Capital Partners, LLC
2148 University Ave.
East Palo Alto, CA 94303