| | |
|---|---|
| 1 | RICHARD C. RAINES CSB #062460 |
| | Gagen, McCoy, McMahon, Koss, Markowitz & Raines |
| 2 | 279 Front Street |
| | P.O. Box 218 |
| 3 | Danville, CA 94526 |
| | Telephone: (925) 837-0585 |
| 4 | Facsimile: (925) 838-5985 |
| 5 | Robert S. Luther, Esq. (SBN 121242) |
| | LAW DIVISION OF NRT LLC |
| 6 | Western Region |
| | 1855 Gateway Blvd., Suite 670 |
| 7 | Concord, CA  94520 |
| | Telephone:    925.771.5245 |
| 8 | Facsimile:     925.771.5332 |
| | Bob.luther@westrsc.com |
| 9 | |
| | Attorneys for Defendants JENNIFER LOSKAMP |
| 10 | and CHRIS SHAHEEN |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Chapter 11 Bankruptcy |
| | Case No.:  14-31532-HLB |
| KINGSWAY CAPITAL PARTNERS, LLC, | |
| _____/ | |
| KINGSWAY CAPITAL PARTNERS, LLC, | Adversary Proceeding No. 14-02149-HLB |
| Plaintiff, | |
| vs. | |
| SLAVIK S. LEYDIKER; JAMIE ALVAREZ; DAN BEATTY; STEVE CARMASSI; CUSTARD INSURANCE ADJUSTERS; FIRST MERCURY INSURANCE NAIC #10657; BRET HUSTED; INTER WEST INSURANCE SERVICES; JEFFREY JOHNSON; JENNIFER LOSKAMP; MARIA SOSA'S INSURER; NEW BUYER OF SUBJECT PROPERTY; ROOF GUARD COMPANY, INC.; CHRIS SHAHEEN; MARIA SOSA; SOSA MARIA G. TRUST; AND STATE COMPENSATION INSURANCE FUND (CA) NAIC #35076, | NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT<br><br>Date:    January 22, 2015<br>Time:    2:00 p.m.<br>Dept:    Courtroom 23<br>Judge:   Hon. Hannah L. Blumenstiel |
| Defendants. | |
| _____/ | |

- 1 -

NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT

F:\CLRCR\11148\Shaheen-Loskamp\Sobayo Not of Mtn to Dismiss.docx

Law Offices of
GAGEN,
McCOY,
McMAHON,
KOSS,
MARKOWITZ
& RAINES
A Professional
Corporation
279 Front Street
P.O. Box 218
Danville, CA
94526
(925) 837-0585

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF, IN PRO PER:

PLEASE TAKE NOTICE THAT on January 22, 2015, or as soon thereafter as the matter may be heard in Courtroom 23 of the entitled court, Defendants Jennifer Loskamp and Chris Shaheen will move this court to dismiss the action pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that the complaint of plaintiff Kingsway Capital Partners, LLC fails to state a claim upon which relief can be granted.

This motion is based on the following grounds:

1. Count I for violation of 15 U.S.C. § 1692(i) as set forth at page 24, paragraphs 8-10, fails to state facts sufficient to constitute a claim for relief pursuant to Federal Rule of Civil Procedure 12(b)(6);

2. Count II for violation of 15 U.S.C. § 1692(d) as set forth at page 24, paragraphs 11-13, fails to state facts sufficient to constitute a claim for relief pursuant to Federal Rule of Civil Procedure 12(b)(6);

3. Count III for violation of fraud and conspiracy as set forth at page 24-25, paragraphs 13-17, fails to state facts sufficient to constitute a claim for relief pursuant to Federal Rule of Civil Procedure 12(b)(6);

4. Count IV for injunctive relief as set forth at page 26, paragraphs 18-19, fails to state facts sufficient to constitute a claim for relief pursuant to Federal Rule of Civil Procedure 12(b)(6); and

5. Count V for fraud as set forth at page 26-27, paragraphs 20-25, fails to state facts sufficient to constitute a claim for relief pursuant to Federal Rule of Civil Procedure 12(b)(6).

This motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Request for Judicial Notice filed herewith and the pleadings and papers filed herein.

/////
/////

Law Offices of
GAGEN,
McCOY,
McMAHON,
KOSS,
MARKOWITZ
& RAINES
A Professional
Corporation
279 Front Street
P.O. Box 218
Danville, CA
94526
(925) 837-0585

Dated: December 10, 2014

Gagen, McCoy, McMahon, Koss, Markowitz & Raines
A Professional Corporation

By: _____Richard C. Raines_____
Attorneys for Defendants JENNIFER LOSKAMP and CHRIS SHAHEEN