## KINGSWAY CAPITAL PARTNERS LLC- BALANCE SHEET

(this is subject to the reviews and amendments of my accountant and book keeper who is on sick leave for after 12/27.2014)

### AS OF 12/09/2014

| ASSETS | | | |
|---|---|---|---|
| Current Assets | | | |
| Wells Fargo Bank DIP Checking Account | $11,400.00 | | |
| Wells Fargo Bank DIP Savings Account | $ 100.00 | | |
| Cashiers Check on hand to be deposited asap | $ 1,400.00 | | |
| Total Cash in Checking account, in Savings account, and On check to be deposited | | $12,900.00 | |
| Default of Maria Sosa Pending Civil Action: Case No. CIV530289 Property Damages Claims California State Superior Court, County Of San Mateo, Bankruptcy Chapter 11: Case No. 14-31532HLB Adversary Proceeding Case No.14-03149 | $1,661,567.00 | | |
| A fleet of (8) Assorted Rental Motor Vehicles | $156,000.00 | | |
| Total Current Assets | | $1,830.467.00 | |
| TOTAL ASSETS | | $1,830.467.00 | |

12/10/2014

| LIABILITIES & EQUITY | | | |
|---|---|---|---|
| Liabilities | | | |
| Current Liabilities | | | |
| Other Current Liabilities | | | |
| Loans | $0 | | |
| Finance | $0 | | |
| Notes Payable | $0 | | |
| Short-term loans | $0 | | |
| Total Other Current Liabilities Disputed Claims by Maria Sosa | <$14,000.00> | | |
| Total Current Liabilities | $0 | | |
| Total Liabilities | $0 | | |
| EQUITY | | | |
| Member Draws 100% Retained | | | |
| BALANCE EQUITY RETAINED 100% Retained | | <$1,830,467.00> | |
| Invested Earnings Retained 100% RETAINED | | <$1,830.467.00> | |
| 100% NET INCOME RETAINED | | <$1,830.467.00> | |
| TOTAL EQUITY | | $1,830.467.00 | |
| TOTAL LIABILITIES & EQUITY | | $1,830.467.00 | |

[signature] 12/10/2014