## KINGSWAY CAPITAL PARTNERS LLC- PROFIT AND LOSS STATEMENT

(this is subject to the reviews and amendments of my accountant and book keeper who is on sick leave for after 12/27.2014)

### 01/01/2014 THROUGH 12/09/2014

| | | |
|---|---|---|
| **Ordinary Income/Expense** | | |
| Income | | |
| INCOME | | |
| Auto Rent To Own & Rentals | | |
| Return & Allowances | | |
| Services | | |
| Business Management & Consulting | | |
| Monthly Investment Income | | |
| **Total Income** | $105,768.57 | $105,768.57 |
| **Expense** | | |
| Advertising & Promotion | $ 300.00 | |
| Automobile Expense | | |
| Gas & Oil | $ 2,505.00 | |
| Parking & Tolls | $ 70.00 | |
| Repairs & Maintenance | $ 1,350.00 | |
| Automobile Expense – Other | $ 3,400.99 | |
| All Other Expense, e.g. Legal exp | $, 509.07 | |
| **Total Automobile & All Other Expense** | | $8,135.06 |
| Bank Service Charges | $ 650.30 | |
| Bldg Repairs & Maint | $ 60.00 | |
| Cable & Internet Expense | $ 400.00 | |
| Filing Fees | | |
| Court Fees Filing Fees – Others | $ 1,400.00 | |
| Total Filing Fees | | |
| Legal & Professional | $4,900.00 | |
| Marketing Research | $1,400.54 | |
| Meals & Entertainment | $ 700.88 | |
| Membership | $1,100.00 | |
| Miscellaneous | $ 111.10 | |
| Moving & Storage | $2,400.00 | |
| Office Expense | | |

| | | | |
|---|---|---|---|
| E-Fax Costs | $ 190.00 | | |
| Office Supplies | $2,023.45 | | |
| Software | | | |
| Accounting | $ 221.34 | | |
| Real Estate | $2,900.00 | | |
| Staffing & Placement | $ 131.00 | | |
| Software – Other | $ 241.12 | | |
| **Total Office & Software Expense** | | $18,729.73 | |
| **Total Office Expense** | | | |
| Staffing Expense | | | |
| Staff #1 | | | |
| Staff #2 | | | |
| Staff #3 | | | |
| Staff #4 | | | |
| Staff #5 | | | |
| Staff #6 | | | |
| Staff #7 | | | |
| **Total Staffing Expense** | | $0 | |
| Postage & Delivery Expense | $198.00 | | |
| Office & Space Rental / Lease Expense | $20,900.00 | | |
| Telephone Expense | $2,900.00 | | |
| Travel Expense | $2,800.00 | | |
| Utilities Expense | $1,100.00 | | |
| Sub Total Expense | | $27,898.00 | |
| Total of Expense | | $54,762.79 | |
| Net Ordinary Income | | $51,305.78 | |
| NET INCOME | | $51,305.78 | |