## KINGSWAY CAPITAL PARTNERS LLC- PROFIT AND LOSS STATEMENT

(this is subject to the reviews and amendments of my accountant and book keeper who is on sick leave for after 12/27.2014)

### 01/01/2014 THROUGH 12/09/2014

| | | | |
|---|---|---|---|
| **Ordinary Income/Expense** <br> Income <br> **INCOME** <br> Auto Rent To Own & Rentals <br> Return & Allowances <br> Services <br> Business Management & Consulting <br> Monthly Investment Income | | | |
| **Total Income** | $105,768.57 | $105,768.57 | |
| **Expense** | | | |
| **Advertising & Promotion** | $     300.00 | | |
| **Automobile Expense** | | | |
| Gas & Oil | $  2, 505.00 | | |
| Parking & Tolls | $        70.00 | | |
| Repairs & Maintenance | $  1, 350.00 | | |
| Automobile Expense – Other | $  3, 400.99 | | |
| All Other Expense, e.g. Legal exp | $,       509.07 | | |
| **Total Automobile & All Other Expense** | | $8,135.06 | |
| **Bank Service Charges** | $     650.30 | | |
| **Bldg Repairs & Maint** | $       60.00 | | |
| **Cable & Internet Expense** | $     400.00 | | |
| **Filing Fees** <br> Court Fees Filing Fees – Others <br> Total Filing Fees | $  1,400.00 | | |
| Legal & Professional | $4,900.00 | | |
| Marketing Research | $1,400.54 | | |
| Meals & Entertainment | $   700.88 | | |
| Membership | $1,100.00 | | |
| Miscellaneous | $    111.10 | | |
| Moving & Storage | $2,400.00 | | |
| Office Expense | | | |

| | | | |
|---|---|---|---|
| E-Fax Costs | $ 190.00 | | |
| Office Supplies | $2,023.45 | | |
| Software | | | |
| Accounting | $ 221.34 | | |
| Real Estate | $2,900.00 | | |
| Staffing & Placement | $ 131.00 | | |
| Software – Other | $ 241.12 | | |
| Total Office & Software Expense | | $18,729.73 | |
| Total Office Expense | | | |
| Staffing Expense | | | |
| Staff #1 | | | |
| Staff #2 | | | |
| Staff #3 | | | |
| Staff #4 | | | |
| Staff #5 | | | |
| Staff #6 | | | |
| Staff #7 | | | |
| Total Staffing Expense | | $0 | |
| Postage & Delivery Expense | $198.00 | | |
| Office & Space Rental / Lease Expense | $20,900.00 | | |
| Telephone Expense | $2,900.00 | | |
| Travel Expense | $2,800.00 | | |
| Utilities Expense | $1,100.00 | | |
| Sub Total Expense | | $27,898.00 | |
| Total of Expense | | $54,762.79 | |
| Net Ordinary Income | | $51,305.78 | |
| NET INCOME | | $51,305.78 | |