# United States Bankruptcy Court
## Northern District of California

In re **Kingsway Capital Partners, LLC**,
Debtor

Case No. **14-31532**

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS - AMENDED

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Nathaniel Sobayo**<br>**1608 Hollenbeck Ave. #1**<br>**Sunnyvale, CA 94087** | **N/A** | **100%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Sole Shareholder-Owner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **December 22, 2014**

Signature **/s/ Nathaniel Sobayo**
**Nathaniel Sobayo**
**Sole Shareholder-Owner**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders