C. Alex Naegele (CA Bar No. 255887)
C. ALEX NAEGELE,
A PROFESSIONAL LAW CORPORATION
95 South Market Street, Suite 300
San Jose, CA, 95113
Telephone: (408) 995-3224
Facsimile: (408) 890-4645
Email: alex@canlawcorp.com

[Proposed] Attorney for Kingsway Capital Partners, LLC
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 14-31532 HLB |
| Kingsway Capital Partners, LLC | Chapter 11 |
| Debtor. | **DECLARATION OF NATHANIEL SOBAYO IN SUPPORT OF SUPPLEMENT TO *EX-PARTE* APPLICATION OF DEBTOR FOR ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF COUNSEL** |
| | [No Hearing Requested] |

I, Nathaniel Sobayo, hereby declare:

1. I am the sole owner-member, president, and responsible individual of Kingsway Capital Partners, LLC the debtor and debtor in possession (the "Debtor") in the above-captioned Chapter 11 case. I have personal knowledge of the facts set forth in this declaration, and if called to testify, would and could testify competently thereto. As to those matters stated on information and belief, I believe them to be true.

2. On October 23, 2014, I filed the above captioned chapter 11 bankruptcy on behalf of the Debtor without an attorney. On October 24, 2014, the Court issued an order to show cause why the chapter 11 case should not be dismissed for failure of a corporate debtor to file a chapter 11 case without an attorney.

3. From October 24, 2014 until December 4, 2014, I looked for an attorney to take on this case and become counsel for the Debtor. I consulted with the following attorneys and associations:

- David W. Wessel, Attorney at Law, with Offices of Boris E. Efron, Portolla Valley, California.
- Castillo Law Firm, San Jose, California.
- San Francisco County Bar Association.
- San Mateo County Bar Association.
- Santa Clara County Bar Association.
- Law Offices of David Boone, San Jose, California.
- Alan Zlotoff, Attorney-at-Law, Menlo Park, CA.
- Larry Jacobsen, Attorney-at-Law, Redwood City, CA.
- Gill McDonald, Attorney-at-Law, San Francisco, CA
- Law Offices Of Hien Doan, Oakland, CA.

4. The Court set a deadline of December 5, 2014 for retaining an attorney or this case would be dismissed.

5. I found C. Alex Naegele, A Professional Law Corporation to take on this case.

6. I signed an attorney-client fee agreement on behalf of the Debtor with C. Alex Naegele, A Professional Law Corporaiton to perform services on behalf of the Debtor in this case on December 4, 2014.

7. I am informed and believe that C. Alex Naegele, A Professional Law Corporation entered an appearance as proposed counsel on December 4, 2014 and then provided emergency and necessary services from December 4, 2014 to December 18, 2014, by filing immediately filing an opposition to a motion for relief from stay, attending a hearing on a motion for relief

from stay, obtaining all the necessary documents for the initial debtor interview and getting these documents to the U.S. Trustee, filing two overdue monthly operating reports, filing a status conference statement, filing an application to designate responsible individual , attending the 341 meeting of creditors, attending a status conference, and amending the voluntary petition and schedules.

8. I consent to the *nunc pro tunc* employment of C. Alex Naegele, A Professional Law Corporation as of December 4, 2014, as C. Alex Naegele, A Professional Law Corporation provided valuable services from December 4, 2014 through December 22, 2014, which benefited the Debtor and the Debtor's estate.

9. I am satisfied that the work done by C. Alex Naegele, A Professional Law Corporation has been done properly, efficiently, and of a high standard of work.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of December, 2014, at East Palo Alto, California.

                                                 /s/ Nathaniel Sobabo
                                                 Nathaniel Sobayo