C. Alex Naegele (CA Bar No. 255887)
C. ALEX NAEGELE,
A PROFESSIONAL LAW CORPORATION
95 South Market Street, Suite 300
San Jose, CA, 95113
Telephone: (408) 995-3224
Facsimile: (408) 890-4645
Email: alex@canlawcorp.com

Attorney for Kingsway Capital Partners, LLC
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 14-31532  HLB |
| Kingsway Capital Partners, LLC | Chapter 11 |
| Debtor. | **REQUEST FOR JUDICIAL NOTICE** |
| | Date:           February 19, 2015 |
| | Time:           2:00 p.m. |
| | Courtroom:  23 |
| |                      United States Bankruptcy Court |
| |                      235 Pine Street, 23rd Floor |
| |                      San Francisco, CA, 94104 |
| | [Hon. Hannah L. Blumenstiel] |

Kingsway Capital Partners, LLC, debtor and debtor in possession herein (the "Debtor") requests that the Court take judicial notice, pursuant to Federal Rule of Evidence ("FRE") Section 201, of the following documents.  This Request For Judicial Notice is being filed in support of the Debtor's Opposition to *Maria Sosa's Brief In Support Of Motion For Relief From Automatic Stay*, as follows:

REQUEST FOR JUDICIAL NOTICE - 1

1. All documents filed in this bankruptcy case: *In re Kingsway Capital Partners, LLC* - Case No. 14-31532 HLB. This request is made under FRE 201(b)(1) because these documents are generally known within the trial court's territorial jurisdiction.

2. All documents filed in San Mateo Superior Court unlawful detainer proceeding with case number: CLJ209779 – including the civil coversheet, summons, complaint, and supporting documents, a copy of which are attached hereto as "Exhibit A." This request is made under FRE 201(b)(1) and (b)(2) because these documents 1) are generally known within the trial court's territorial jurisdiction and 2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

3. San Mateo County Recorded Document Number 2008-106994 – a copy of which is attached hereto as "Exhibit B." This request is made under FRE 201(b)(2) because these documents 1) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

Date: February 11, 2015

C. ALEX NAEGELE
A PROFESSIONAL LAW CORPORATION

By: /s/ C. Alex Naegele
C. Alex Naegele (Cal. Bar No. 255887)
Attorney for Kingsway Capital Partners, LLC
Debtor and Debtor in Possession